IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL STICH,<br><br>        Plaintiff,<br><br>    v.<br><br>NICKOLAS LIND, et al.,<br><br>        Defendants. | No. 2:20-CV-1300-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for an extension of time to file an amended complaint. ECF No. 12. The Court previously dismissed Plaintiff's original complaint on March 23, 2021 with leave to amend within 30 days. ECF No. 11. Plaintiff now asserts that he was recently released from prison and did not receive the previous order. ECF No. 12. For good cause shown, the Court will grant Plaintiff's motion for an extension of time. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: April 20, 2021

                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE